THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: June 3, 2019



Katherine Maloney Perhach
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
_____

In Re:  CEAERA SHANDS,                          Chapter 7

                Debtor.                         Case No. 19-24129-KMP
_____

**FOURTH ORDER EXTENDING DEADLINE TO FILE REQUIRED DOCUMENTS**
_____

    Upon consideration of the Motion to extend the time to file Completed Schedules (A/B-J and Declaraion), Summary of Assets and Liabilities, Statement of Financial Affairs, Form 11A-1 Current Monthly Income, Form 122A-2 Means Test Calculation (if applicable) and Local Form 1007 Payment Advice Cover Sheet (with attached pay stubs if appropriate):

    IT IS HEREBY ORDERED: the deadline to file Completed Schedules (A/B-J and Declaraion), Summary of Assets and Liabilities, Statement of Financial Affairs, Form 11A-1 Current Monthly Income, Form 122A-2 Means Test Calculation (if applicable) and Local Form 1007 Payment Advice Cover Sheet (with attached pay stubs if appropriate)is extended to June 3, 2019.

#####

Drafted by:
Atty. Paul A. Strouse
Strouse Law Offices
413 N. 2nd St., Suite 150
Milwaukee, WI 53203
Phone (414) 390-0820
Email: StrouseLawOffices@gmail.com