THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: June 3, 2019



Katherine Maloney Perhach
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
_____

In Re: CEAERA SHANDS,      Chapter 7

    Debtor.      Case No. 19-24129-KMP
_____

### SECOND ORDER EXTENDING TIME FOR DEBTOR TO PAY FILING FEE
_____

    Based upon the foregoing Motion for an Extension of Time for Debtor to Pay Filing Fee in the Chapter 13 case of Ceaera Shands:

    IT IS HEREBY ORDERED that the Court extends the time for Debtor to pay the filing fee in this matter, and Debtor must pay her filing fee installment of $200.00 on or before June 6, 2019 and her final filing fee installment of $135.00 on or before June 15, 2019.

                                   #####

Drafted by:
Atty. Paul A. Strouse
Strouse Law Offices
413 N. 2nd St., Suite 150
Milwaukee, WI 53203
Phone (414) 390-0820
Fax    (414) 220-5115
Email: StrouseLawOffices@gmail.com